Six Court of Appeals
100 N. State Line Avenue, Suite 20
Texarkana, Texas 75501

RECEIVED IN
The Court of Appeals
Sixth District
JAN 3 0 2015
Texarkana, Texas
Debra Autrey, Clerk

26 Jan 2015

RE: Appellate case number: 06-14-00074-CR
Trial Court Case no. 29512

FILED IN
The Court of Appeals
Sixth District
JAN 3 0 2015
Texarkana, Texas
Debra K. Autrey, Clerk

Style: Tyrone Denard Anderson
Vs.
The State of Texas

To The Justice of The said court:

Dear Chief Justice, Josh R. Morriss, III
On 22, January 2015. I received this courts letter stating my cause has been set for submission on Briefs, with out oral arguments, for February 6, 2015, Before you your self, And Justice Bailey C. Mobeley, And Justice Ralph Burgess. However my Review of the Trial Transcripts Revealed, several points of error, which my Appellant counsel, (Katherine A Ferguson) neglected to file on my Behalf. My only question is could I (Amend) Ms Ferguson's Brief And (Add) my points of errors, two no more than three. And I asked This Honorable Court to consider an extention To March 6, 2015. Because I'm A Lay Person To The Law, Never The Less when these two counsel are as friendly as ms Ferguson And ms Abramson, my trial and appellant counsel was. Its my Belief ms Ferguson would not file Ineffective Assistance on ms Abramson Because of there friendship. That not the way Justice is administered. ms ferguson has no right to grant ms Abramson Immunity, And Immunity is not unlimited. In (Scheuer V. Rhodes) 416 U.S 232, 94 S.CT. 1683, 1687, (1974). When a state officer or officer of the court acts under a state law in a manner violative of the state or federal constitution., he comes in conflict with the superior authority of that constitution, and he or she in that case is stripped of his or her's official or representative conduct. Justice Morriss I will show this court how the trial counsel (Cariann Abramson) Appellant counsel (Katherine Ferguson) worked together and failed to object and raised issues of constitution nature and state constitution. Thanks for your Time

Tyrone Denard Anderson

Tyrone Denard Anderson
TDCJ# 1944026 - Clements
Unit - 9601 Spur 591
Amarillo Texas 79107